THOMAS A. COOPER, BANK COMMISSIONER IN EQUITY

*vs.*

FIDELITY TRUST COMPANY IN RE:

PETITION — PINE STATE LOAN & BUILDING ASSOCIATION.

Cumberland County.    Decided March 10, 1939.    The record in this cause is, in respect to its evidential showing, plainly insuffi-

cient for a decision of this controversy on its merits. It is apparent that the existing deficiency might be supplied. The appeal is therefore dismissed, the decree below vacated, and the case remanded. So ordered. *Albert E. Anderson,* for appellant. *Cook, Hutchinson, Pierce & Connell,* for appellee.